ANN-MARTHA ANDREWS
Nevada Bar No. 7585
AAndrews@LRLaw.com
LINDSAY DEMAREE
Nevada Bar No. 11949
LDemaree@LRLaw.com
LEWIS AND ROCA LLP
3993 Howard Hughes Parkway
Suite 600
Las Vegas, Nevada 89169
(702) 949-8200
(702) 949-8398 (fax)

*Attorneys for Defendants*

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| LEONARD SINA,<br><br>    Plaintiff<br><br>v.<br><br>SUN LIFE ASSURANCE COMPANY OF CANADA; MGM RESORTS INTERNATIONAL; MGM RESORTS INTERNATIONAL EMPLOYEE BENEFIT PLAN,<br><br>    Defendants | Civil Action No. 2:13-cv-00342-GMN-GWF<br><br>**ORDER GRANTING<br>JOINT MOTION OF ALL PARTIES TO<br>DISMISS WITHOUT PREJUDICE** |

Pending before this court is the Joint Motion of All Parties to Dismiss Without Prejudice. Federal Rule of Civil Procedure 21 permits the court to "at any time, on just terms, add or drop a party." The parties agree that named defendants MGM Resorts International and MGM Resorts International Employee Benefit Plan should be dropped as parties in the above-referenced matter because: the long term disability plan in this case is fully insured by a group long term disability insurance policy issued by Defendant Sun Life Assurance Company of Canada ("Sun Life"); Sun Life is responsible for payment of all sums that may be due to plaintiff under the policy which insures the plan; and Sun Life will pay all sums that may be due to plaintiff arising from the

allegations set forth in the Complaint, including any attorney's fees or costs deemed appropriate and payable by the court. The parties further agree that Sun Life will not assert failure to name the plan as a defense in this matter. After considering the parties' motion and for good cause shown:

IT IS HEREBY ORDERED that the Joint Motion of All Parties to Dismiss Without Prejudice is GRANTED.

**DATED** this 4th day of April, 2013.

_____
Gloria M. Navarro
United States District Judge