1   ANN-MARTHA ANDREWS
    Nevada Bar No. 7585
2   AAndrews@LRLaw.com
3   LINDSAY DEMAREE
    Nevada Bar No. 11949
4   LDemaree@LRLaw.com
5   LEWIS AND ROCA LLP
    3993 Howard Hughes Parkway
6   Suite 600
    Las Vegas, Nevada  89169
7   (702) 949-8200
8   (702) 949-8398 (fax)

9   *Attorneys for Defendants*

10

11              UNITED STATES DISTRICT COURT

12                  DISTRICT OF NEVADA

13

| LEONARD SINA,<br><br>                     Plaintiff<br><br>v.<br><br>SUN LIFE ASSURANCE COMPANY OF CANADA; MGM RESORTS INTERNATIONAL; MGM RESORTS INTERNATIONAL EMPLOYEE BENEFIT PLAN,<br><br>                     Defendants | Civil Action No. 2:13-cv-00342-GMN-GWF<br><br>**ORDER GRANTING JOINT MOTION OF ALL PARTIES TO DISMISS WITHOUT PREJUDICE** |
|---|---|

21          Pending before this court is the Joint Motion of All Parties to Dismiss Without Prejudice.

22   Federal Rule of Civil Procedure 21 permits the court to "at any time, on just terms, add or drop a

23   party."  The parties agree that named defendants MGM Resorts International and MGM Resorts

24   International Employee Benefit Plan should be dropped as parties in the above-referenced matter

25   because:  the long term disability plan in this case is fully insured by a group long term disability

26   insurance policy issued by Defendant Sun Life Assurance Company of Canada ("Sun Life"); Sun

27   Life is responsible for payment of all sums that may be due to plaintiff under the policy which

28   insures the plan; and Sun Life will pay all sums that may be due to plaintiff arising from the

1   allegations set forth in the Complaint, including any attorney's fees or costs deemed appropriate

2   and payable by the court.  The parties further agree that Sun Life will not assert failure to name the

3   plan as a defense in this matter.  After considering the parties' motion and for good cause shown:

4       IT IS HEREBY ORDERED that the Joint Motion of All Parties to Dismiss Without

5   Prejudice is GRANTED.

6       **DATED** this 4th day of April, 2013.

7

8

9       Gloria M. Navarro

    United States District Judge

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28