ANN-MARTHA ANDREWS
Nevada Bar No. 7585
AAndrews@LRRLaw.com
LINDSAY DEMAREE
Nevada Bar No. 11949
LDemaree@LRRLaw.com
LEWIS ROCA ROTHGERBER LLP
3993 Howard Hughes Parkway
Suite 600
Las Vegas, Nevada  89169
(702) 949-8200
(702) 949-8398 (fax)

BYRNE J. DECKER (*admitted pro hac vice*)
bdecker@pierceatwood.com
PIERCE ATWOOD LLP
254 Commercial Street
Portland, Maine 04101
(207) 791-1100
(207) 791-1350 (fax)

*Attorneys for Defendant*
*Sun Life Assurance Company of Canada*

3993 Howard Hughes Parkway
Suite 600
Las Vegas, Nevada 89169

LEWIS ROCA
ROTHGERBER

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| LEONARD SINA,<br><br>          Plaintiff,<br><br>v.<br><br>SUN LIFE ASSURANCE COMPANY OF CANADA,<br>          Defendant. | Civil Action No. 2:13-cv-00342-GMN-GWF<br><br>**STIPULATION OF DISMISSAL**<br><br>**<u>AND ORDER</u>** |

/ / /

/ / /

/ / /

/ / /

/ / /

3917113.1

**STIPULATION OF DISMISSAL**

NOW COME Plaintiff Leonard Sina and Defendant Sun Life Assurance Company of Canada, by and through their attorneys, and stipulate that this action is dismissed with prejudice, pursuant to Fed. R. Civ. P. 41(a)(1)(ii). The parties shall bear their own respective costs and attorney's fees.

RESPECTFULLY SUBMITTED this 6th day of November, 2013.

SCOTT E. DAVIS PC

BY: */s/ Scott E. Davis*
    SCOTT E. DAVIS
    Nevada Bar No. 8788
    8360 East Raintree Drive, Suite 140
    Scottsdale, Arizona 85260
    (602) 482-4300
    *Attorney for Plaintiff*

LEWIS ROCA ROTHGERBER LLP

BY: */s/Lindsay Demaree*
    ANN-MARTHA ANDREWS
    Nevada Bar No. 7385
    LINDSAY DEMAREE
    Nevada Bar No. 11949
    3993 Howard Hughes Parkway
    Suite 600
    Las Vegas, Nevada 89169

    BYRNE J. DECKER (*pro hac vice*)
    PIERCE ATWOOD LLP
    254 Commercial Street
    Portland, Maine 04101
    (207) 791-1100
    *Attorneys for Defendant*

**ORDER**

IT IS SO ORDERED.

**DATED** this 7th day of November, 2013.

_____
Gloria M. Navarro
United States District Judge

3993 Howard Hughes Parkway
Suite 600
Las Vegas, Nevada 89169

3917113.1