ANN-MARTHA ANDREWS
Nevada Bar No. 7585
AAndrews@LRRLaw.com
LINDSAY DEMAREE
Nevada Bar No. 11949
LDemaree@LRRLaw.com
LEWIS ROCA ROTHGERBER LLP
3993 Howard Hughes Parkway
Suite 600
Las Vegas, Nevada 89169
(702) 949-8200
(702) 949-8398 (fax)

BYRNE J. DECKER (*admitted pro hac vice*)
bdecker@pierceatwood.com
PIERCE ATWOOD LLP
254 Commercial Street
Portland, Maine 04101
(207) 791-1100
(207) 791-1350 (fax)

*Attorneys for Defendant*
*Sun Life Assurance Company of Canada*

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| LEONARD SINA, | Civil Action No. 2:13-cv-00342-GMN-GWF |
| Plaintiff, | |
| v. | **STIPULATION OF DISMISSAL** |
| SUN LIFE ASSURANCE COMPANY OF CANADA, | **AND ORDER** |
| Defendant. | |

/ / /

/ / /

/ / /

/ / /

/ / /

-1-

3917113.1

## STIPULATION OF DISMISSAL

NOW COME Plaintiff Leonard Sina and Defendant Sun Life Assurance Company of Canada, by and through their attorneys, and stipulate that this action is dismissed with prejudice, pursuant to Fed. R. Civ. P. 41(a)(1)(ii). The parties shall bear their own respective costs and attorney's fees.

RESPECTFULLY SUBMITTED this 6th day of November, 2013.

| SCOTT E. DAVIS PC | LEWIS ROCA ROTHGERBER LLP |
|---|---|
| BY: */s/ Scott E. Davis*<br>SCOTT E. DAVIS<br>Nevada Bar No. 8788<br>8360 East Raintree Drive, Suite 140<br>Scottsdale, Arizona 85260<br>(602) 482-4300<br>*Attorney for Plaintiff* | BY: */s/Lindsay Demaree*<br>ANN-MARTHA ANDREWS<br>Nevada Bar No. 7385<br>LINDSAY DEMAREE<br>Nevada Bar No. 11949<br>3993 Howard Hughes Parkway<br>Suite 600<br>Las Vegas, Nevada 89169<br><br>BYRNE J. DECKER (*pro hac vice*)<br>PIERCE ATWOOD LLP<br>254 Commercial Street<br>Portland, Maine 04101<br>(207) 791-1100<br>*Attorneys for Defendant* |

## ORDER

IT IS SO ORDERED.

**DATED** this 7th day of November, 2013.

_____
Gloria M. Navarro
United States District Judge